```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTECH ROOFING, a California corporation, also known as WESTECH ROOFING, INC., <br><br> Defendant. | NO. C 02 1587 MHP (EMC) <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Larry Hunt, Judgment Debtor
     Westech Roofing
     2217 Parker Street
     Berkeley, CA 94704

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on <u>December 19, 2007</u> at <u>9:00</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 15th Floor, Courtroom C</u>, before the Magistrate Judge Edward M. Chen then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.   The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>                                                    1

    2. Title documents to all equipment and vehicles of debtor;

    3. All lists and schedules of rented, leased and owned equipment of debtor;

    4. Copies of all real property and personal property leases wherein debtor is a party;

    5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

    6. Annual Financial Statements for the 2006 and 2007 and all monthly financial statements for the same period;

    7. Federal tax returns for the last three years;

    8. All bank statements, deposit slips and canceled checks for all accounts for 2007;

    9. The last tax return filed with the Franchise Tax Board;

    10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2007 to date;

    11. All accounts receivable lists generated by the Company from January 2007 to date;

    12. Cash Disbursement Journal for 2007;

    13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

    14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

    15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1  NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.

6  Dated: October 26, 2007

   _____
   Ma_____  M. Chen

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

ORDER OF EXAMINATION                                                3